# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.            CASE NO. 8:08-CR-534-T-17

CALEB MICHAEL CHARLES
_____/

**ORDER**

      This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 189). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. Thereafter, the defense attorney withdrew at the request of the defendant and the defendant had until May 4, 2012 to respond to the government. The defendant failed to file a timely response. The Court has received and reviewed the response (Docket No. 193 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation concur that the defendant is not eligible for a reduction in sentence based on the amended guidelines, as the sentence was based on the guidelines for solicitation of murder. Accordingly, it is.

      **ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 189) be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 6th day of June, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record